

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00109-CV

---

IN RE MIDCOAST G&P (OKLAHOMA) L.P., MIDCOAST PIPELINES (TEXAS GATHERING) L.P., AND MIDCOAST PIPELINES (TEXAS LIQUIDS) L.P., RELATORS

---

OPINION ON MOTION TO WITHDRAW PETITION FOR WRIT OF MANDAMUS

---

June 1, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Pending before the Court is Relators' "Voluntary Motion to Withdraw Petition for Writ of Mandamus." In it, Relators move to voluntarily "withdraw their Petition for Writ of Mandamus and Emergency Motion for Temporary Relief and dismiss this original proceeding." Furthermore, according to Relators, "[t]he subject of the Petition and Emergency Motion has been rendered moot by subsequent order of the trial court."

Without passing on the merits of the case, the Relators' motion is granted, and the Petition for Mandamus is hereby dismissed.

Having dismissed the Petition for Mandamus at Relators' request, no motion for rehearing will be entertained.


Per Curiam